IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PAUL ANTONIO BURKE, JR.**                                              PETITIONER
*Reg. #10237-0003*

v.                              CASE NO. 2:22-CV-00245-BSM

**CHAD GARRETT**
*Warden, FCC Forrest City Low*                                           RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 12] is adopted, Chad Garrett's supplemental motion to dismiss [Doc. No. 11] is granted, and Paul Burke's petition for a writ of habeas corpus [Doc. No. 1] is denied and dismissed without prejudice.

IT IS SO ORDERED this 27th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE