IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PAUL ANTONIO BURKE, JR.**                                                                   **PETITIONER**
*Reg. #10237-0003*

v.                                  **CASE NO. 2:22-CV-00245-BSM**

**CHAD GARRETT**
*Warden, FCC Forrest City Low*                                                              **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE